IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JADA POWELL                                                                                    PLAINTIFF

vs.                           Civil No. 6:16-cv-06113

NANCY A. BERRYHILL                                                                       DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 7th day of March 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE